UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HIMELDA MENDEZ, on behalf of herself and all others similarly situated,

                      Plaintiffs,

-against-

APPLE INC.,

                      Defendant.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/19
```

18 CIVIL 7550 (LAP)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 28, 2019, there is nothing inherently wrong with filing duplicative lawsuits against multiple defendants if the harms to be remedied do exist and are indeed identical. But those who live by the photocopier shall die by the photocopier. By failing specifically to assert any concrete injury, Plaintiff's claims fail as a matter of law. Defendant's motion to dismiss is granted, Plaintiff's motion to submit a sur-reply is denied as moot; accordingly, the case is closed.

**Dated:** New York, New York
        March 29, 2019

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                         **BY:**

                                                    **Deputy Clerk**